COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| THE RAYMOND CORPORATION, | § | |
| Appellant, | § | No. 08-22-00097-CV |
| v. | § | Appeal from the |
| GUILLERMINA RUBIO, Individually, and on Behalf of the Estate of Lorenzo Rubio Sr., Deceased, LORENZO RUBIO JR., LILLIANA RUBIO, and ELIZABETH RUBIO, | § § § | 120th Judicial District Court of El Paso County, Texas (TC# 2021DCV3930) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs in this Court, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF OCTOBER, 2022.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.